```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 22488
    DANIEL ROUNDY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-4115


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/26/2008 and was not confirmed.

     The case was dismissed without confirmation 12/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
ILLINOIS DEPT OF REVENUE  PRIORITY      NOT FILED           .00           .00
SATE OF GA JUDICIAL CIRC  DSO ARREARS   NOT FILED           .00           .00
ANEKA L JACKSON           NOTICE ONLY   NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY      NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED       3153.26           .00           .00
WELTMAN WEINBERG & REIS   NOTICE ONLY   NOT FILED           .00           .00
COOK COUNTY CIRCUIT COUR  NOTICE ONLY   NOT FILED           .00           .00
ALLIANCE ONE              UNSECURED     NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  UNSECURED     NOT FILED           .00           .00
ARROW FINANCIAL SVC       NOTICE ONLY   NOT FILED           .00           .00
AT&T CREDIT MANAGEMENT    UNSECURED     NOT FILED           .00           .00
AT&T                      NOTICE ONLY   NOT FILED           .00           .00
AT&T                      NOTICE ONLY   NOT FILED           .00           .00
BAHIR P MANSUR MD         UNSECURED     NOT FILED           .00           .00
BLOCKBUSTER VIDEO         UNSECURED     NOT FILED           .00           .00
BLOCKBUSTER               NOTICE ONLY   NOT FILED           .00           .00
CINGULAR WIRELESS         UNSECURED     NOT FILED           .00           .00
CINGULAR WIRELESS         NOTICE ONLY   NOT FILED           .00           .00
CINGULAR WIRELESS         UNSECURED     NOT FILED           .00           .00
CINGULAR WIRELESS         NOTICE ONLY   NOT FILED           .00           .00
CHRYSLER FINANCIAL SVC A  UNSECURED     NOT FILED           .00           .00
DAIMLER CHRYSLER FINANCI  NOTICE ONLY   NOT FILED           .00           .00
DAIMLER CHRYSLER FINANCI  NOTICE ONLY   NOT FILED           .00           .00
DOMINICKS FINER FOODS~    UNSECURED     NOT FILED           .00           .00
DOMINICKS                 NOTICE ONLY   NOT FILED           .00           .00
FIFTH THIRD BANK          UNSECURED     NOT FILED           .00           .00
FIFTH THIRD BANK          NOTICE ONLY   NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED     NOT FILED           .00           .00
ILLINOIS DEPT OF REV      NOTICE ONLY   NOT FILED           .00           .00
MAYWOOD DENTAL ASSOC      UNSECURED     NOT FILED           .00           .00
CAVALRY PORTFOLIO SERV    UNSECURED       6323.78           .00           .00
NAVY FEDERAL CREDIT UNIO  NOTICE ONLY   NOT FILED           .00           .00
SPRINT NEXTEL             UNSECURED        457.95           .00           .00
NEXTELL                   NOTICE ONLY   NOT FILED           .00           .00
RUSH UNIVERSITY MED CENT  UNSECURED     NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 22488 DANIEL ROUNDY
```

```
RUSH UNIVERSITY MEDICAL      NOTICE ONLY     NOT FILED              .00            .00
ST MARY ER PHYSICIANS        UNSECURED       NOT FILED              .00            .00
ST MARY ER PHYSICIANS        NOTICE ONLY     NOT FILED              .00            .00
TCF NATIONAL BANK            UNSECURED       NOT FILED              .00            .00
TCF NATIONAL BANK            NOTICE ONLY     NOT FILED              .00            .00
CHICAGO HEALTH CARE          UNSECURED       NOT FILED              .00            .00
VYRIDIAN REVENUE MANAGEM     UNSECURED       NOT FILED              .00            .00
VYRINIAN REVENUE MANAGEM     NOTICE ONLY     NOT FILED              .00            .00
YOLANDA GORDON               NOTICE ONLY     NOT FILED              .00            .00
PETER FRANCIS GERACI         DEBTOR ATTY           .00                             .00
TOM VAUGHN                   TRUSTEE                                               .00
DEBTOR REFUND                REFUND                                             495.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       495.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                     495.00
                     ---------------      ---------------
TOTALS                        495.00              495.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/09/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 08 B 22488 DANIEL ROUNDY